UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:   Case No. 14-10722 (SCC)
In re                                                                            :
                                                                                     :
**HASHI SUSHI FUSION, INC.,**                            :   (Chapter 11)
                                                                                     :
                                        Debtor.                       :
                                                                                     :
------------------------------------------------------------ x

## ORDER DECLARING CHAPTER 11 CASE VOID *AB INITIO*
## AS OF THE DATE OF FILING

Based upon the motions of William K. Harrington, the United States Trustee for Region 2 (the "UST") seeking (i) dismissal of this case, pursuant to 11 U.S.C. § 1112(b) (ECF Dkt. No. 12), and (ii) an order for examinations, pursuant to Federal Rule of Bankruptcy Procedure 2004 (ECF Dkt. No. 13), the Declarations of Richard W. Fox and Greg Zipes (collectively referred to as "Counsel to the UST"), dated June 17, 2014 (ECF Dkt. No 13), and the hearing before this Court on July 23, 2014, the Court makes the following factual findings:

1. A petition for relief (the "Petition") was filed in the name of Hashi Sushi Fusion, Inc. (the "Debtor"), in this Chapter 11 case on March 20, 2014.

2. The Petition was purportedly signed by Liliana Rodriguez ("Rodriguez").

3. Rodriguez is the president and sole shareholder of the Debtor.

4. The filing fee of $1,213.00 was paid by an entity known as "Vidal and Associates," having an address of 240 E 123rd Street, New York, NY 10035.

5. Rodriguez, represented by counsel, personally appeared on May 30, 2014, at the Office of the UST and, in accordance with the Declarations filed by Counsel to the UST, represented that: (i) she did not sign the Petition, (ii) she did not direct another party to sign or file the Petition in the Debtor's name, (iii) she had no knowledge with

respect to the filing of the instant case at the time of its filing, and (iv) Vidal and Associates was an accounting firm that was associated with a former employee that Rodriguez suspected had filed the Petition without authority.

6. Based on a review of the documents filed in this case, this Court finds that Rodriguez' signature was falsely signed on the Petition by a party that was not acting under Rodriguez' direction.

BASED UPON THE FINDINGS OF THE COURT, IT IS HEREBY:

ORDERED that this case be and hereby is declared void *ab initio.*

Dated: August 4, 2014
New York, New York

>    */s/ Shelley C. Chapman*
>    HONORABLE SHELLEY C. CHAPMAN
>    UNITED STATES BANKRUPTCY JUDGE